1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

WASHINGTON STATE BAR
ASSOCIATION,

10

Plaintiff,

Case No. C07-5074FDB

11

v.

ORDER TO SHOW CAUSE

12

JOHN M. KEEFE,

13

Defendant.

14      Defendant purports to remove this matter from the Washington State Supreme Court where

15   it was pending on appeal of a disciplinary matter, although the procedural status of this matter is not

16   entirely clear.  It is the District Court's duty to assure itself of the propriety of exercising jurisdiction

17   over a matter removed to the federal court.  ACCORDINGLY,

18      IT IS ORDERED: The parties shall each show cause why this matter should not be remanded

19   for lack of subject matter jurisdiction; Plaintiff's and Defendant's briefs are due no later than **Friday,**

20   **March 16, 2007**.

21      DATED this 27th day of February, 2007.

22

23

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26   ORDER - 1