UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WASHINGTON STATE BAR ASSOCIATION,

    Plaintiff,

    v.

JOHN M. KEEFE,

    Defendant.

Case No. C07-5074FDB

ORDER OF REMAND

Defendant Keefe was ordered to show cause by March 16, 2007 why the Court should not remand this matter for lack of subject matter jurisdiction. The Plaintiff responded, but Defendant did not. Plaintiff points out (1) that Keefe had removed this matter in 2005 to U.S. District Court, Seattle, which resulted in a remand; (2) that Keefe's purported removal is untimely, the formal complaint against Keefe having been filed in April 2004; and (3) the Court lacks subject matter jurisdiction as the Washington Supreme Court has exclusive responsibility in this state to administer the lawyer discipline and disability system.   ACCORDINGLY,

    IT IS ORDERED: This cause of action is REMANDED to the Washington Supreme Court.

    DATED this 21st day of March, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1