1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA
10
WASHINGTON STATE BAR
11  ASSOCIATION,

12              Plaintiff,                    Case No. C07-5074FDB

13      v.                                    ORDER

14  JOHN M.KEEFE,

15              Defendant.

16          Defendant Keefe's response to the Court's order entered on the same day that the Court filed

17  its Order of Remand.  This order is to acknowledge that Defendant did file a response to the Court's

18  Order to Show Cause.  The Court is not convinced by Defendant's brief, however, to reconsider its

19  Order of Remand, and this Order reaffirms that this case is  REMANDED to the Washington

20  Supreme Court.

21  SO ORDERED.

22          DATED this 23rd day of March, 2007.

23

24  _____

25  FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

26  ORDER - 1